UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IJC PARTNERS, LLC,

       Plaintiff,

   -against-

BRIAN FOGEL,

       Defendant.
-----------------------------------------------------------x

07 CIV 9702

ECF CASE

**RULE 7.1 STATEMENT**

JUDGE SAND

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff IJC Partners, LLC ("IJC"), certifies that IJC is not a publicly held corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    November 1, 2007

            FOX HORAN & CAMERINI LLP

            By: _____
              V. David Rivkin (VR 6734)
              825 Third Avenue, 11th Floor
              New York, NY 10022
              (212) 480-4800

            *Attorneys for Plaintiff*
            *IJC Partners LLC*