USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IJC PARTNERS, LLC<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN FOGEL,<br><br>　　　　　Defendant | Civil Action No. 07-Civ-9702 (LBS)<br><br>STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

THIS MATTER, having come before the Court for the entry of a consent order extending the time within which Defendant may answer, move, or otherwise respond to Plaintiff's Complaint; and the undersigned attorneys for Plaintiff and for Defendant having consented to the entry of this Order; and for good cause appearing;

IT IS on this ____ day of _Nov_, 2007,

ORDERED that the time within which Defendant may answer, move, or otherwise respond to the complaint is extended through and including December 21, 2007.

_____
HON. _____, U.S.D.J.

The parties hereby consent to the form and entry of this Order:

| | |
|---|---|
| FOX HORAN & CAMERINI LLP<br>825 Third Avenue, 12th floor<br>New York, New York  10022<br><br>By: _____<br>　　V. David Rivkin<br>　　Attorneys for Plaintiff | LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br><br>By: _____<br>　　Julie Levinson Werner<br>　　Attorneys for Defendant |