Sand, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07

**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Ave.
Roseland, New Jersey 07068
973.597.2500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IJC PARTNERS, LLC,

    Plaintiff,

v.

BRIAN FOGEL,

    Defendant.

---

Civil Action No. 07-Civ-9702 (LBS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff filed a Complaint against Defendant in the United States District Court, Southern District of New York, indexed as Civil Action No. 07-Civ-9702 (the "Litigation"); and

WHEREAS, Plaintiff and Defendant have agreed to dismiss, with prejudice and without costs, all claims, counterclaims, cross claims, or third party claims which were asserted or which could have been asserted against one another relating directly or indirectly to the subject matter of this Litigation.

NOW THEREFORE, it is agreed and ordered that any and all claims which were asserted or which could have been asserted against Plaintiff or Defendant relating directly or indirectly to the subject matter of the above-captioned Litigation, are hereby dismissed, with prejudice and without costs.

CONSENTED TO BY:

| | |
|---|---|
| LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Attorneys for Defendant | FOX HORAN & CAMERINI LLP<br>825 Third Avenue, 12th floor<br>New York, New York 10022<br>Attorneys for Plaintiff |
| By: /s/ Julie Levinson Werner, Esq. (JW-9842)<br>Dated: ~~November~~ December 3, 2007 | By: /s/ V. David Rivkin, Esq. (VR-6734)<br>Dated: ~~November~~ December 3, 2007 |

21125/2
12/03/2007 2262877.01

So ordered
/s/ Sand, USDJ
12/10/07